Schedule of Individual Providers in Group (Schedule A)

| | | | Page No. | | |
|---|---|---|---|---|---|
| Group Name | Ohio 93-99 HCAP DSH Sub Group | | | | |
| Representative | Reed Smith LLP | | Date Prepared | 12/2/2005 | |
| Case No. | 02-1813G | | Issue | DSH Calculation | |

| Item # | Provider Number | Provider Name/ System Name | FYE | FI Code | A NPR | B Hearing Letter | C No. of Days | D Audit Adj. No. | E Amt of Reimb. | F Orig. Case No. | G Add/Transfer Letter | G-1 Add/Transfer Letter | G-2 Add/Transfer Letter | H Letter of Representation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 360020 | Summa Health System  N/A  Akron, Summit, OH | 12/31/1994 | ADMI | 6/30/1997 | 12/23/1997 | 176 | | $3,575,099 | 98-0053 | 10/8/2001 | 5/13/2002 | | 10/8/2001 |
| 4 | 360159 | Adena Regional Medical Center Hospital  N/A  Chillicothe, Ross, OH | 12/31/1995 | ADMI | 3/6/1998 | 8/4/1998 | 151 | | $187,573 | 98-3200 | 6/16/2000 | 5/13/2002 | | 6/16/2000 |
| 5 | 360096 | East Liverpool City Hospital  N/A  East Liverpool, Columbiana, OH | 12/31/1995 | ADMI | 2/27/1998 | 8/10/1998 | 164 | | $72,250 | 98-3238 | 9/2/2000 | 5/13/2002 | | 9/2/2000 |
| 6 | 360059 | MetroHealth Medical Center  N/A  Cleveland, Cuyahoga, OH | 12/31/1995 | ADMI | 8/31/1998 | 2/2/1999 | 155 | | $2,153,781 | 99-1177 | 3/20/2000 | 5/13/2002 | | 3/20/2000 |
| 8 | 360020 | Summa Health System  N/A  Akron, Summit, OH | 12/31/1995 | ADMI | 9/25/1998 | 3/19/1999 | 175 | | $3,280,008 | 99-2723 | 10/8/2001 | 5/13/2002 | | 10/8/2001 |
| 10 | 360096 | Total FY 1995  East Liverpool City Hospital  N/A  East Liverpool, Columbiana, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/13/2000 | 165 | | $5,693,612  $95,154 | 00-2015 | 9/2/2000 | 5/13/2002 | | 9/2/2000 |
| 11 | 360059 | MetroHealth Medical Center  N/A  Cleveland, Cuyahoga, OH | 12/31/1996 | ADMI | 9/22/1999 | 3/8/2000 | 168 | | $947,312 | 00-1740 | 3/20/2000 | 5/13/2002 | | 3/20/2000 |
| 12 | 360008 | Southern Ohio Medical Center  N/A  Portsmouth, Scioto, OH | 6/30/1996 | ADMI | 2/16/1998 | 5/15/1998 | 88 | | $361,170 | 98-2749 | 5/24/2001 | 5/13/2002 | | 5/24/2001 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 360020 | Summa Health System Akron, Summit, OH | N/A | 12/31/1996 | ADMI | 9/30/1999 | 3/24/2000 | 176 | $2,806,272 | 00-2770 | 10/8/2001 | 5/13/2002 | 10/8/2001 |
| | | Total FY 1996 Adena Regional Medical Center Hospital | | | | | | | $4,209,908 | | | | |
| 16 | 360159 | Chillicothe, Ross, OH | N/A | 12/31/1997 | ADMI | 7/11/2000 | 8/9/2000 | 29 | $117,675 | | | | 8/9/2000 |
| 17 | 360131 | Alliance Community Hospital Alliance, Stark, OH | N/A | 12/31/1997 | ADMI | 9/29/2000 | 10/27/2000 | 28 | $227,870 | | 5/13/2002 | | 10/27/2000 |
| 18 | 360096 | East Liverpool City Hospital East Liverpool, Columbiana, OH | N/A | 12/31/1997 | ADMI | 9/22/2000 | 11/9/2000 | 48 | $110,777 | | 5/13/2002 | | 11/9/2000 |
| 19 | 360218 | Licking Memorial Hospital Newark, Licking OH | N/A | 12/31/1997 | ADMI | 6/9/2000 | 9/12/2000 | 95 | $125,400 | | 5/13/2002 | | 9/12/2000 |
| 20 | 360059 | MetroHealth Medical Center Cleveland, Cuyahoga, OH | N/A | 12/31/1997 | ADMI | 9/29/2000 | 2/2/2001 | 126 | $1,571,384 | 01-1018 | | 5/13/2002 | 4/5/2001 |
| 21 | 360076 | Middletown Regional Hospital Middletown, Butler, OH | N/A | 12/31/1997 | ADMI | 9/22/2000 | 1/10/2001 | 110 | $605,227 | | 5/13/2002 | | 1/10/2001 |
| 22 | 360078 | Robinson Memorial Hospital Ravenna, Portage, OH | N/A | 12/31/1997 | ADMI | 9/29/2000 | 3/20/2001 | 172 | $945,620 | 01-2136 | | 11/8/2005 | 7/30/2003 |
| 23 | 360008 | Southern Ohio Medical Center Portsmouth, Scioto, OH | N/A | 6/30/1997 | ADMI | 9/21/1999 | 3/10/2000 | 171 | $119,027 | 00-2018 | | 5/13/2002 | 5/24/2001 |
| 24 | 360020 | Summa Health System Akron, Summit, OH | N/A | 12/31/1997 | ADMI | 3/30/2001 | 9/24/2001 | 178 | $2,183,550 | TBD | | 5/13/2002 | 10/8/2001 |
| | | Total FY 1997 | | | | | | | $6,006,530 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 360150 | Cuyahoga Falls General Hospital<br>N/A<br>Cuyahoga Falls, Summit, OH | 12/31/1998 | ADMI | 9/14/2001 | 3/11/2002 | 178 | $405,810 | 02-1064 | 7/25/2003 | 7/25/2003 |
| 27 | 360096 | East Liverpool City Hospital<br>N/A<br>East Liverpool, Columbiana, OH | 12/31/1998 | ADMI | 8/31/2001 | 10/22/2001 | 52 | $109,250 | | 5/13/2002 | 10/22/2001 |
| 28 | 360218 | Licking Memorial Hospital<br>N/A<br>Newark, Licking OH | 12/31/1998 | ADMI | 1/23/2001 | 4/2/2001 | 69 | $110,611 | | 5/13/2002 | 4/2/2001 |
| 29 | 360147 | Marietta Memorial Hospital<br>N/A<br>Marietta, Washington, OH | 9/30/1998 | ADMI | 3/19/2001 | 5/8/2001 | 50 | $121,687 | | 5/13/2002 | 5/8/2001 |
| 30 | 360118 | Medcentral Health System<br>N/A<br>Mansfield, Richmond, OH | 12/31/1998 | ADMI | 9/27/2001 | 3/26/2002 | 180 | $802,361 | | 5/13/2002 | 3/26/2002 |
| 31 | 360026 | Med-Health System-Greene Memorial Hospital<br>N/A<br>Xenia, Greene, OH | 12/31/1998 | ADMI | 9/27/2001 | 2/8/2002 | 134 | $196,966 | | 5/13/2002 | 2/8/2002 |
| 32 | 360048 | Medical College Hospital<br>N/A<br>Toledo, Lucas, OH | 6/30/1998 | ADMI | 9/29/2000 | 10/5/2000 | 6 | $399,823 | | 5/13/2002 | 10/5/2000 |
| 33 | 360059 | MetroHealth Medical Center<br>N/A<br>Cleveland, Cuyahoga, OH | 12/31/1998 | ADMI | 3/29/2002 | 6/28/2002 | 91 | $1,664,396 | 02-1872 | 10/3/2002 | 10/3/2002 |
| 35 | 360078 | Robinson Memorial Hospital<br>N/A<br>Ravenna, Portage, OH | 12/31/1998 | ADMI | 8/31/2001 | 11/27/2001 | 88 | $668,509 | | 11/27/2001 11/8/2005 | 11/27/2001 |
| 36 | 360020 | Summa Health System<br>N/A<br>Akron, Summit, OH | 12/31/1998 | ADMI | 6/30/2003 | 7/28/2003 | 28 | $1,706,172 | 03-1404 | 11/8/2005 | 7/28/2003 |
| 42 | 360147 | Marietta Memorial Hospital<br>N/A<br>Marietta, Washington, OH | 9/30/1999 | ADMI | 9/27/2002 | 10/14/2002 | 17 | $114,762 | | 11/8/2005 | 10/14/2002 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 360026 | Med-Health System-Greene Memorial Hospital Xenia, Greene, OH | N/A | 12/31/1999 | ADMI | 5/24/2002 | 11/13/2002 | 173 | $184,035 | |
| 44 | 360048 | Medical College Hospital Toledo, Lucas, OH | N/A | 6/30/1999 | ADMI | 9/28/2001 | 10/3/2001 | 5 | $358,634 | 5/13/2002 |
| 45 | 360059 | MetroHealth Medical Center Cleveland, Cuyahoga, OH | N/A | 12/31/1999 | ADMI | 9/30/2002 | 3/6/2003 | 157 | $650,174 | 03-0748 5/8/2003 |
| 46 | 360076 | Middletown Regional Hospital Middletown, Butler, OH | N/A | 12/31/1999 | ADMI | 5/24/2002 | 7/17/2002 | 54 | $617,596 | |
| 47 | 360008 | Southern Ohio Medical Center Portsmouth, Scioto, OH | N/A | 6/30/1999 | ADMI | 9/28/2001 | 12/4/2001 | 67 | $985,648 | 02-0345 3/27/2002 |
| 48 | 360020 | Summa Health System Akron, Summit, OH | N/A | 12/31/1999 | ADMI | 7/15/2003 | 7/28/2003 | 13 | $1,671,854 | |
| 55 | 360150 | Cuyahoga Falls General Hospital Cuyahoga Falls, Summit, OH | N/A | 12/31/2000 | ADMI | 9/18/2003 | 10/10/2003 | 22 | $78,215 | 04-0014 11/8/2005 |
| 56 | 360147 | Marietta Memorial Hospital Marietta, Washington, OH | N/A | 9/30/2000 | ADMI | 9/26/2003 | 10/7/2003 | 11 | $171,087 | 04-0010 11/8/2005 |
| 57 | 360118 | Medcentral Health System Mansfield, Richmond, OH | N/A | 12/31/2000 | ADMI | 9/24/2003 | 10/22/2003 | 28 | $550,978 | 04-0052 11/8/2005 |
| 58 | 360026 | Med-Health System-Greene Memorial Hospital Xenia, Greene, OH | N/A | 12/31/2000 | ADMI | 4/24/2003 | 10/10/2003 | 169 | $276,613 | 04-0036 11/8/2005 |
| 59 | 360059 | MetroHealth Medical Center Cleveland, Cuyahoga, OH | N/A | 12/31/2000 | ADMI | 9/26/2003 | 10/1/2003 | 5 | $586,667 | 04-0001 11/8/2005 |

| # | Provider # | Provider Name | FYE | Type | Date 1 | Date 2 | # | Amount | Case # | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 360008 | Southern Ohio Medical Center, Portsmouth, Scioto, OH | 6/30/2000 | ADMI | 9/30/2002 | 3/17/2003 | 168 | $1,016,645 | 03-0883 | 10/1/2003 | | 10/1/2003 |
| 61 | 360204 | Community Health Partners East Campus *Catholic Healthcare Partners*, Lorain, Lorain, OH | 11/30/1997 | ADMI | 9/22/2000 | 3/15/2001 | 174 | $31,720 | 01-1862 | 3/15/2001 | 5/13/2002 | 3/15/2001 |
| 62 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners*, Lorain, Lorain, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/14/2002 | 167 | $645,493 | 02-1160 | 5/16/2003 | | 5/16/2003 |
| 63 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners*, Lorain, Lorain, OH | 12/31/1999 | ADMI | 9/27/2002 | 3/26/2003 | 180 | $293,456 | 03-0970 | 6/18/2003 | | 6/18/2003 |
| 64 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners*, Lorain, Lorain, OH | 12/31/2000 | ADMI | 9/25/2003 | 10/13/2003 | 18 | $432,166 | 04-0048 | 11/8/2005 | | 10/13/2003 |
| 65 | 360141 | Western Reserve Care System *Forum Health*, Youngstown, Mahoning, OH | 12/31/1995 | ADMI | 9/30/1998 | 12/1/1998 | 72 | $531,283 | 99-0834 | | 4/13/2001 | 4/13/2001 |
| 66 | 360055 | Trumbull Memorial Hospital *Forum Health*, Warren, Trumbull, OH | 12/31/1996 | ADMI | 5/25/1999 | 11/16/1999 | 175 | $765,906 | 00-0400 | | 4/13/2001 | 4/13/2001 |
| 67 | 360141 | Western Reserve Care System *Forum Health*, Youngstown, Mahoning, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/22/2000 | 174 | $548,023 | 00-2494 | | 4/13/2001 | 4/13/2001 |
| 68 | 360055 | Trumbull Memorial Hospital *Forum Health*, Warren, Trumbull, OH | 7/29/1997 | ADMI | 9/17/1999 | 3/14/2000 | 179 | $477,560 | 00-2091 | | 4/13/2001 | 4/14/2001 |
| 69 | 360055 | Trumbull Memorial Hospital *Forum Health*, Warren, Trumbull, OH | 12/31/1997 | ADMI | 9/22/2000 | 3/20/2001 | 179 | $327,014 | 01-2244 | 5/13/2002 | | 3/20/2001 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 70 | 360141 | Western Reserve Care System<br>*Forum Health*<br>Youngstown, Mahoning, OH | 7/29/1997 | ADMI | 9/30/1999 | 3/22/2000 | 174 | $295,646 | 00-2496 | | 4/13/2001 | 5/13/2002 | 4/13/2001 |
| 71 | 360141 | Western Reserve Care System<br>*Forum Health*<br>Youngstown, Mahoning, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/26/2001 | 178 | $161,540 | 01-2605 | 5/13/2002 | | | 3/26/2001 |
| 72 | 360141 | Western Reserve Care System<br>*Forum Health*<br>Youngstown, Mahoning, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/25/2002 | 178 | $397,178 | 02-1571 | | 10/24/2002 | 5/13/2002 | 10/24/2002 |
| 73 | 360055 | Trumbull Memorial Hospital<br>*Forum Health*<br>Warren, Trumbull, OH | 12/31/1999 | ADMI | 5/31/2002 | 10/23/2002 | 145 | 621,891 | | | | | 10/23/2002 |
| 74 | 360141 | Western Reserve Care System<br>*Forum Health*<br>Youngstown, Mahoning, OH | 12/31/1999 | ADMI | 9/30/2002 | 10/23/2002 | 23 | $220,376 | | | | | 10/23/2002 |
| 75 | 360211 | Trinity Health System<br>*Franciscan Services Corporation*<br>Steubenville, Jefferson, OH | 12/31/1996 | ADMI | 8/20/1999 | 2/1/2000 | 165 | $134,610 | 00-1202 | | 9/22/2000 | 5/13/2002 | 9/22/2000 |
| 76 | 360211 | Trinity Health System<br>*Franciscan Services Corporation*<br>Steubenville, Jefferson, OH | 12/31/1997 | ADMI | 9/29/2000 | 10/6/2000 | 7 | $197,013 | | | | | 10/6/2000 |
| 77 | 360211 | Trinity Health System<br>*Franciscan Services Corporation*<br>Steubenville, Jefferson, OH | 12/31/1998 | ADMI | 8/22/2001 | 9/4/2001 | 13 | $678,533 | | 5/13/2002 | | | 9/4/2001 |
| 78 | 360211 | Trinity Health System<br>*Franciscan Services Corporation*<br>Steubenville, Jefferson, OH | 12/31/1999 | ADMI | 9/30/2002 | 10/14/2002 | 14 | $771,714 | | 11/8/2005 | | | 10/14/2002 |
| 79 | 360211 | Trinity Health System<br>*Franciscan Services Corporation*<br>Steubenville, Jefferson, OH | 12/31/2000 | ADMI | 9/19/2003 | 9/23/2003 | 4 | $1,158,756 | 03-1597 | 11/8/2005 | | | 9/23/2003 |
| 80 | 360003 | University of Cincinnati Hospital<br>*Health Alliance of Greater Cincinnati* | 6/30/1993 | ADMI | 6/28/1996 | 12/23/1996 | 178 | $3,944,120 | 97-0475 | | 5/31/2001 | 5/31/2002 | 5/31/2001 |

| # | Provider # | Provider Name | FYE | Type | Date | Date | Amount | Case # | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 360003 | University of Cincinnati Hospital, Cincinnati, Hamilton, OH | 6/30/1994 | ADMI | 6/30/1997 | 12/23/1997 | 176 | 98-0507 | | 5/31/2001 | 5/13/2002 | 5/31/2001 |
| 82 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1995 | ADMI | 9/30/1998 | 3/25/1999 | 176 | 99-2398 | | 5/31/2001 | 5/13/2002 | 5/31/2001 |
| 83 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1996 | ADMI | 6/30/1999 | 12/23/1999 | 176 | 00-0946 | | 5/31/2001 | 5/13/2002 | 5/31/2001 |
| 84 | 360132 | Ft Hamilton-Hughes Hospital *Health Alliance of Greater Cincinnati* Hamilton, Butler, OH | 12/31/1998 | ADMI | 8/8/2001 | 10/4/2001 | 57 | 02-0003 | 5/13/2002 | | | 10/4/2001 |
| 85 | 360003 | University of Cincinnati Hospital, Hamilton, Butler, OH | 6/30/1998 | ADMI | 4/23/2001 | 5/31/2001 | 38 | | 5/13/2002 | | | 5/31/2001 |
| 86 | 360003 | Ft Hamilton-Hughes Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1999 | ADMI | 8/31/2001 | 10/4/2001 | 34 | 02-0004 | 5/13/2002 | | | 10/4/2001 |
| 88 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/2000 | ADMI | 3/31/2003 | 7/25/2003 | 116 | | 11/8/2005 | | | 7/25/2003 |
| 90 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1995 | ADMI | 9/17/1998 | 11/17/1998 | 61 | 99-0552 | | 1/19/2001 | 5/13/2002 | 1/19/2001 |
| 91 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* | 12/31/1996 | ADMI | 9/30/1999 | 12/6/1999 | 67 | 00-0602 | | 1/19/2001 | 5/13/2002 | 1/19/2001 |

Amount column values (by row):
- 81: $4,392,666
- 82: $4,735,144
- 83: $3,581,478
- 84: $1,831,794
- 85: $3,996,976
- 86: $658,502
- 88: $2,741,593
- 90: $737,134
- 91: $830,669

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 92 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/27/2000 | 179 | $105,496 | 00-2745 | | 1/22/2001 | 5/13/2002 | 1/22/2001 |
| 93 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/23/2001 | 175 | $668,059 | 01-2401 | | 1/28/2001 | 5/13/2002 | 1/28/2001 |
| 94 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1997 | ADMI | 9/29/2000 | 10/18/2000 | 19 | $147,256 | 01-0078 | | 1/22/2001 | 5/13/2002 | 1/22/2001 |
| 95 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/22/2002 | 175 | $667,219 | 02-1368 | 7/23/2002 | | | 7/23/2002 |
| 96 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1998 | ADMI | 9/14/2001 | 3/11/2002 | 178 | $361,527 | 02-1017 | 7/23/2002 | | | 7/23/2002 |
| 97 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* Warren, Trumbull, OH | 12/31/1999 | ADMI | 7/31/2002 | 1/24/2003 | 177 | $337,690 | 03-0511 | 7/25/2003 | | | 7/25/2003 |
| 98 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners* Warren, Trumbull, OH | 12/31/1999 | ADMI | 9/30/2002 | 3/24/2003 | 175 | $309,871 | 03-1027 | 7/25/2003 | | | 7/25/2003 |
| 99 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1992 | CMIC | 1/5/1995 | 6/28/1995 | 174 | $510,061 | 95-2183 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 100 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1993 | ADMI | 3/6/1996 | 8/20/1996 | 167 | $892,908 | 96-2493 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 101 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1994 | ADMI | 3/31/1997 | 9/18/1997 | 171 | $1,186,474 | 97-3095 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 102 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1995 | ADMI | 4/20/1998 | 6/1/1998 | 42 | $1,166,325 | 98-2860 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 103 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1996 | ADMI | 9/29/1999 | 3/20/2000 | 173 | $746,261 | 00-2814 | 5/13/2002 | | | 3/20/2000 |
| 104 | 360052 | Good Samaritan Hospital & Health Center *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1997 | ADMI | 9/27/2000 | 3/23/2001 | 177 | $712,614 | 01-2125 | | 10/16/2003 | 5/13/2002 | 10/16/2003 |
| 105 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/27/2001 | 179 | $802,512 | 01-2608 | | 10/20/2003 | 5/13/2002 | 10/20/2003 |
| 106 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1998 | ADMI | 9/30/2002 | 3/27/2003 | 178 | $631,234 | 03-1131 | 11/8/2005 | | | 3/27/2003 |
| 107 | 360052 | Good Samaritan Hospital & Health Center *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1999 | ADMI | 9/19/2002 | 3/17/2003 | 179 | $704,706 | 03-0727 | 11/8/2005 | | | 3/17/2003 |