

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West

Refer to:
02-1813G

<u>CERTIFIED MAIL</u>

RECEIVED DEC 9 2005

DEC - 7 2005

David E. Dopf, Esq.
Reed Smith, LLP
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540-7839

        RE: Ohio 93-99 HCAP DSH Group
            Provider Nos. Various
            FYEs Various
            PRRB Case No. 02-1813G

Dear Mr. Dopf:

This is in response to the Providers' request that the Provider Reimbursement Review Board (Board), pursuant to 42 U.S.C. § 1395oo(f)(1), determine that it is without the authority to decide the question of whether the regulation 42 C.F.R. § 412.106 and the Health Care Financing Administration (HCFA) Ruling 97-2, are valid. The Providers believe that the regulation and ruling are in conflict with 42 U.S.C. § 1395ww(d)(5)(F)(iv)(II) which states that the numerator of the Medicaid proxy of the disproportionate share adjustment must include all "patient days for such period which consist of patients who (for such days) were eligible for medical assistance under a State Plan approved under [Title XIX], but who were not entitled to [Medicare Part A Benefits]." As a result of the above-referenced regulation and the HCFA Ruling, Ohio Hospital Assurance Program (HCAP) days are not included in the disproportionate share calculation.

Section 1395oo(f)(1) permits providers that have requested and are entitled to a hearing before the Board under 42 U.S.C. § 1395oo(a), to bypass the Board's hearing procedure and obtain judicial review of an issue involving a question of law or regulation where the Board determines that it is without the authority to decide such question.

The Board has reviewed the submissions of the Providers pertaining to the requests for hearing and expedited judicial review. The documentation shows that the estimated amount in controversy for the appeal exceeds $50,000, as required for a group appeal. The estimated amount in controversy is subject to recalculation by the Intermediary for the actual final amount.

The Board finds that:

1) it has jurisdiction over the matter for the subject year and the Providers are entitled to a hearing before the Board;

2) based upon the Providers' assertions regarding the HCAP issue, there are no findings of fact for resolution by the Board;

3) it is bound by the applicable existing Medicare law and regulation (42 C.F.R. § 405.1867); and

4) it is without the authority to decide the legal question of whether 42 C.F.R. § 412.106 and the Health Care Financing Administration (HCFA) Ruling 97-2, are valid.

Accordingly, the Board finds that the HCAP issue properly falls within the provisions of 42 U.S.C. § 1395oo (f)(1) and hereby grants the Providers' request for expedited judicial review for the issue and the subject years. The Providers have 60 days from the receipt of this decision to institute the appropriate action for judicial review. Since this is the only issue under dispute, the Board hereby closes the case.

Board Members Participating

   Suzanne Cochran, Esq.
   Gary B. Blodgett, DDS
   Elaine Crews Powell, CPA

                                            FOR THE BOARD:

                                            Suzanne Cochran, Esq.
                                            Chairman

Enclosure: 42 U.S.C. § 1395oo (f) (1), Schedule of Providers

cc: Cathy Huzvar, AdminaStar Federal (OH) (w/Schedule of Providers)
    Wilson Leong, BCBSA (w/Schedule of Providers)

Schedule of Individual Providers in Group (Schedule A)

| Group Name | *Ohio 93-99 HCAP DSH Sub Group* | | | | Page No. | | |
|---|---|---|---|---|---|---|---|
| Representative | *Reed Smith LLP* | | | | Date Prepared | *12/2/2005* | |
| Case No. | *02-1813G* | | | | Issue | *DSH Calculation* | |

| Item # | Provider Number | Provider Name/ System Name | FYE | FI Code | A NPR | B Hearing Letter | C No. of Days | D Audit Adj. No. | E Amt of Reimb. | F Orig. Case No. | G Add/Transfer Letter | G-1 Add/Transfer Letter | G-2 Add/Transfer Letter | H Letter of Representation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 360020 | Summa Health System N/A Akron, Summit, OH | 12/31/1994 | ADMI | 6/30/1997 | 12/23/1997 | 176 | | $3,575,099 | 98-0053 | 10/8/2001 | 5/13/2002 | | 10/8/2001 |
| 4 | 360159 | Adena Regional Medical Center Hospital N/A Chillicothe, Ross, OH | 12/31/1995 | ADMI | 3/6/1998 | 8/4/1998 | 151 | | $187,573 | 98-3200 | 6/16/2000 | 5/13/2002 | | 6/16/2000 |
| 5 | 360096 | East Liverpool City Hospital N/A East Liverpool, Columbiana, OH | 12/31/1995 | ADMI | 2/27/1998 | 8/10/1998 | 164 | | $72,250 | 98-3238 | 9/2/2000 | 5/13/2002 | | 9/2/2000 |
| 6 | 360059 | MetroHealth Medical Center N/A Cleveland, Cuyahoga, OH | 12/31/1995 | ADMI | 8/31/1998 | 2/2/1999 | 155 | | $2,153,781 | 99-1177 | 3/20/2000 | 5/13/2002 | | 3/20/2000 |
| 8 | 360020 | Summa Health System N/A Akron, Summit, OH | 12/31/1995 | ADMI | 9/25/1998 | 3/19/1999 | 175 | | $3,280,008 | 99-2723 | 10/8/2001 | 5/13/2002 | | 10/8/2001 |
| 10 | 360096 | East Liverpool City Hospital N/A East Liverpool, Columbiana, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/13/2000 | 165 | | $95,154 | 00-2015 | 9/2/2000 | 5/13/2002 | | 9/2/2000 |
| | | Total FY 1995 | | | | | | | $5,693,612 | | | | | |
| 11 | 360059 | MetroHealth Medical Center N/A Cleveland, Cuyahoga, OH | 12/31/1996 | ADMI | 9/22/1999 | 3/8/2000 | 168 | | $947,312 | 00-1740 | 3/20/2000 | 5/13/2002 | | 3/20/2000 |
| 12 | 360008 | Southern Ohio Medical Center N/A Portsmouth, Scioto, OH | 6/30/1996 | ADMI | 2/16/1998 | 5/15/1998 | 88 | | $361,170 | 98-2749 | 5/24/2001 | 5/13/2002 | | 5/24/2001 |

| # | ID | Name | Location | Date | Type | Date2 | Amount | Case | Date3 | Date4 | Date5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 360020 | Summa Health System | Akron, Summit, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/24/2000 | $2,806,272 | 00-2770 | 5/13/2002 | 10/8/2001 | 5/13/2002 |
|  |  | Total FY 1996 |  |  |  |  |  | $4,209,908 |  |  |  |  |
| 16 | 360159 | Adena Regional Medical Center Hospital | Chillicothe, Ross, OH | 12/31/1997 | ADMI | 7/11/2000 | 8/9/2000 | $117,675 |  | 5/13/2002 | 8/9/2000 | 10/8/2001 |
| 17 | 360131 | Alliance Community Hospital | N/A | 12/31/1997 | ADMI | 9/29/2000 | 10/27/2000 | $227,870 |  | 5/13/2002 | 10/27/2000 |  |
| 18 | 360096 | East Liverpool City Hospital | Alliance, Stark, OH | 12/31/1997 | ADMI | 9/22/2000 | 11/9/2000 | $110,777 |  | 5/13/2002 | 11/9/2000 |  |
| 19 | 360218 | Licking Memorial Hospital | East Liverpool, Columbiana, OH | 12/31/1997 | ADMI | 6/9/2000 | 9/12/2000 | $125,400 |  | 5/13/2002 | 9/12/2000 |  |
| 20 | 360059 | MetroHealth Medical Center | Newark, Licking OH | 12/31/1997 | ADMI | 9/29/2000 | 2/2/2001 | $1,571,384 | 01-1018 | 5/13/2002 | 4/5/2001 | 5/13/2002 |
| 21 | 360076 | Middletown Regional Hospital | Cleveland, Cuyahoga, OH | 12/31/1997 | ADMI | 9/22/2000 | 1/10/2001 | $605,227 |  | 5/13/2002 |  | 1/10/2001 |
| 22 | 360078 | Robinson Memorial Hospital | Middletown, Butler, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/20/2001 | $945,620 | 01-2136 |  | 7/30/2003 | 7/30/2003 |
| 23 | 360008 | Southern Ohio Medical Center | Ravenna, Portage, OH | 6/30/1997 | ADMI | 9/21/1999 | 3/10/2000 | $119,027 | 00-2018 |  | 5/24/2001 | 5/13/2002 | 5/24/2001 |
| 24 | 360020 | Summa Health System | Portsmouth, Scioto, OH | 12/31/1997 | ADMI | 3/30/2001 | 9/24/2001 | $2,183,550 | TBD |  | 10/8/2001 | 5/13/2002 | 10/8/2001 |
|  |  | Total FY 1997 | Akron, Summit, OH |  |  |  |  | $6,006,530 |  |  |  |  |

| # | Provider # | Hospital | Location | FYE | Type | Date 1 | Date 2 | Days | Amount | Case # | Date 3 | Date 4 | Date 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 360150 | Cuyahoga Falls General Hospital | N/A Cuyahoga Falls, Summit, OH | 12/31/1998 | ADMI | 9/14/2001 | 3/11/2002 | 178 | $405,810 | 02-1064 | 7/25/2003 | | 7/25/2003 |
| 27 | 360096 | East Liverpool City Hospital | N/A East Liverpool, Columbiana, OH | 12/31/1998 | ADMI | 8/31/2001 | 10/22/2001 | 52 | $109,250 | | 5/13/2002 | | 10/22/2001 |
| 28 | 360218 | Licking Memorial Hospital | N/A Newark, Licking, OH | 12/31/1998 | ADMI | 1/23/2001 | 4/2/2001 | 69 | $110,611 | | 5/13/2002 | | 4/2/2001 |
| 29 | 360147 | Marietta Memorial Hospital | N/A Marietta, Washington, OH | 9/30/1998 | ADMI | 3/19/2001 | 5/8/2001 | 50 | $121,687 | | 5/13/2002 | | 5/8/2001 |
| 30 | 360118 | Medcentral Health System | N/A Mansfield, Richmond, OH | 12/31/1998 | ADMI | 9/27/2001 | 3/26/2002 | 180 | $802,361 | | 5/13/2002 | | 3/26/2002 |
| 31 | 360026 | Med-Health System-Greene Memorial Hospital | N/A Xenia, Greene, OH | 12/31/1998 | ADMI | 9/27/2001 | 2/8/2002 | 134 | $196,966 | | 5/13/2002 | | 2/8/2002 |
| 32 | 360048 | Medical College Hospital | N/A Toledo, Lucas, OH | 6/30/1998 | ADMI | 9/29/2000 | 10/5/2000 | 6 | $399,823 | | 5/13/2002 | | 10/5/2000 |
| 33 | 360059 | MetroHealth Medical Center | N/A Cleveland, Cuyahoga, OH | 12/31/1998 | ADMI | 3/29/2002 | 6/28/2002 | 91 | $1,664,396 | 02-1872 | 10/3/2002 | | 10/3/2002 |
| 35 | 360078 | Robinson Memorial Hospital | N/A Ravenna, Portage, OH | 12/31/1998 | ADMI | 8/31/2001 | 11/27/2001 | 88 | $668,509 | | | 11/27/2001 | 11/27/2001 |
| 36 | 360020 | Summa Health System | N/A Akron, Summit, OH | 12/31/1998 | ADMI | 6/30/2003 | 7/28/2003 | 28 | $1,706,172 | 03-1404 | 11/8/2005 | 11/8/2005 | 7/28/2003 |
| 42 | 360147 | Marietta Memorial Hospital | N/A Marietta, Washington, OH | 9/30/1999 | ADMI | 9/27/2002 | 10/14/2002 | 17 | $114,762 | | 11/8/2005 | | 10/14/2002 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 360026 | Med-Health System- Greene Memorial Hospital  N/A  Xenia, Greene, OH | 12/31/1999 | ADMI | 5/24/2002 | 11/13/2002 | 173 | $184,035 | |
| 44 | 360048 | Medical College Hospital  N/A  Toledo, Lucas, OH | 6/30/1999 | ADMI | 9/28/2001 | 10/3/2001 | 5 | $358,634 | 5/13/2002 |
| 45 | 360059 | MetroHealth Medical Center  N/A  Cleveland, Cuyahoga, OH | 12/31/1999 | ADMI | 9/30/2002 | 3/6/2003 | 157 | $650,174 | 03-0748  5/8/2003 |
| 46 | 360076 | Middletown Regional Hospital  N/A  Middletown, Butler, OH | 12/31/1999 | ADMI | 5/24/2002 | 7/17/2002 | 54 | $617,596 | |
| 47 | 360008 | Southern Ohio Medical Center  N/A  Portsmouth, Scioto, OH | 6/30/1999 | ADMI | 9/28/2001 | 12/4/2001 | 67 | $985,648 | 02-0345  3/27/2002 |
| 48 | 360020 | Summa Health System  N/A  Akron, Summit, OH | 12/31/1999 | ADMI | 7/15/2003 | 7/28/2003 | 13 | $1,671,854 | |
| 55 | 360150 | Cuyahoga Falls General Hospital  N/A  Cuyahoga Falls, Summit, OH | 12/31/2000 | ADMI | 9/18/2003 | 10/10/2003 | 22 | $78,215 | 04-0014  11/8/2005 |
| 56 | 360147 | Marietta Memorial Hospital  N/A  Marietta, Washington, OH | 9/30/2000 | ADMI | 9/26/2003 | 10/7/2003 | 11 | $171,087 | 04-0010  11/8/2005 |
| 57 | 360118 | Medcentral Health System  N/A  Mansfield, Richmond, OH | 12/31/2000 | ADMI | 9/24/2003 | 10/22/2003 | 28 | $550,978 | 04-0052  11/8/2005 |
| 58 | 360026 | Med-Health System- Greene Memorial Hospital  N/A  Xenia, Greene, OH | 12/31/2000 | ADMI | 4/24/2003 | 10/10/2003 | 169 | $276,613 | 04-0036  11/8/2005 |
| 59 | 360059 | MetroHealth Medical Center  N/A  Cleveland, Cuyahoga, OH | 12/31/2000 | ADMI | 9/26/2003 | 10/1/2003 | 5 | $586,667 | 04-0001  11/8/2005 |

| | |
|---|---|
| 11/13/2002 | |
| 10/3/2001 | |
| 5/8/2003 | |
| 7/17/2002 | |
| 3/27/2002 | |
| 7/28/2003 | |
| 10/10/2003 | |
| 10/17/2003 | |
| 10/22/2003 | |
| 10/10/2003 | |
| 10/1/2003 | |

| # | Provider # | Hospital | Location | Cost Report FYE | Type | Date Filed | NPR Date | Appeal Amount | Case # | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 360008 | Southern Ohio Medical Center | Portsmouth, Scioto, OH | 6/30/2000 | ADMI | 9/30/2002 | 3/17/2003 | 168 | $1,016,645 | 03-0883 | 10/1/2003 | | 10/1/2003 |
| 61 | 360204 | Community Health Partners East Campus *Catholic Healthcare Partners* | Lorain, Lorain, OH | 11/30/1997 | ADMI | 9/22/2000 | 3/15/2001 | | $31,720 | 01-1862 | | 3/15/2001 | 5/13/2002 | 3/15/2001 |
| 62 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners* | Lorain, Lorain, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/14/2002 | 167 | $645,493 | 02-1160 | 5/16/2003 | | 5/13/2002 | 5/16/2003 |
| 63 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners* | Lorain, Lorain, OH | 12/31/1999 | ADMI | 9/27/2002 | 3/26/2003 | 180 | $293,456 | 03-0970 | 6/18/2003 | | | 6/18/2003 |
| 64 | 360172 | Community Health Partners West Campus *Catholic Healthcare Partners* | Lorain, Lorain, OH | 12/31/2000 | ADMI | 9/25/2003 | 10/13/2003 | 18 | $432,166 | 04-0048 | 11/8/2005 | | | 10/13/2003 |
| 65 | 360141 | Western Reserve Care System *Forum Health* | Youngstown, Mahoning, OH | 12/31/1995 | ADMI | 9/30/1998 | 12/11/1998 | 72 | $531,283 | 99-0834 | | 4/13/2001 | 5/13/2002 | 4/13/2001 |
| 66 | 360055 | Trumbull Memorial Hospital *Forum Health* | Warren, Trumbull, OH | 12/31/1996 | ADMI | 5/25/1999 | 11/16/1999 | 175 | $765,906 | 00-0400 | | 4/13/2001 | 5/13/2002 | 4/13/2001 |
| 67 | 360141 | Western Reserve Care System *Forum Health* | Warren, Trumbull, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/22/2000 | 174 | $548,023 | 00-2494 | | 4/13/2001 | 5/13/2002 | 4/13/2001 |
| 68 | 360055 | Trumbull Memorial Hospital *Forum Health* | Warren, Trumbull, OH | 7/29/1997 | ADMI | 9/17/1999 | 3/14/2000 | 179 | $477,560 | 00-2091 | | 4/13/2001 | 5/13/2002 | 4/14/2001 |
| 69 | 360055 | Trumbull Memorial Hospital *Forum Health* | Warren, Trumbull, OH | 12/31/1997 | ADMI | 9/22/2000 | 3/20/2001 | 179 | $327,014 | 01-2244 | 5/13/2002 | | | 3/20/2001 |

| # | Provider # | Provider Name | Location | FYE | Type | Filed Date | NPR Date | Issue # | Amount | Case # | Hearing Date | Group Date | Group Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 360141 | Western Reserve Care System *Forum Health* | Youngstown, Mahoning, OH | 7/29/1997 | ADMI | 9/30/1999 | 3/22/2000 | 174 | $295,646 | 00-2496 | | 4/13/2001 | 5/13/2002 |
| 71 | 360141 | Western Reserve Care System *Forum Health* | Youngstown, Mahoning, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/26/2001 | 178 | $161,540 | 01-2605 | 5/13/2002 | 3/26/2001 | 4/13/2001 |
| 72 | 360141 | Western Reserve Care System *Forum Health* | Youngstown, Mahoning, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/25/2002 | 178 | $397,178 | 02-1571 | | 10/24/2002 | 5/13/2002 |
| 73 | 360055 | Trumbull Memorial Hospital *Forum Health* | Warren, Trumbull, OH | 12/31/1999 | ADMI | 5/31/2002 | 10/23/2002 | 145 | 621,891 | | | 10/23/2002 | 10/24/2002 |
| 74 | 360141 | Western Reserve Care System *Forum Health* | Youngstown, Mahoning, OH | 12/31/1999 | ADMI | 9/30/2002 | 10/23/2002 | 23 | $220,376 | | | 10/23/2002 | 10/23/2002 |
| 75 | 360211 | Trinity Health System *Franciscan Services Corporation* | Steubenville, Jefferson, OH | 12/31/1996 | ADMI | 8/20/1999 | 2/1/2000 | 165 | $134,610 | 00-1202 | | 9/22/2000 | 10/23/2002 |
| 76 | 360211 | Trinity Health System *Franciscan Services Corporation* | Steubenville, Jefferson, OH | 12/31/1997 | ADMI | 9/29/2000 | 10/6/2000 | 7 | $197,013 | | | | 10/6/2000 |
| 77 | 360211 | Trinity Health System *Franciscan Services Corporation* | Steubenville, Jefferson, OH | 12/31/1998 | ADMI | 8/22/2001 | 9/4/2001 | 13 | $678,533 | | 5/13/2002 | | 9/4/2001 |
| 78 | 360211 | Trinity Health System *Franciscan Services Corporation* | Steubenville, Jefferson, OH | 12/31/1999 | ADMI | 9/30/2002 | 10/14/2002 | 14 | $771,714 | | 11/8/2005 | | 10/14/2002 |
| 79 | 360211 | Trinity Health System *Franciscan Services Corporation* | Steubenville, Jefferson, OH | 12/31/2000 | ADMI | 9/19/2003 | 9/23/2003 | 4 | $1,158,756 | 03-1597 | 11/8/2005 | | 9/23/2003 |
| 80 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* | | 6/30/1993 | ADMI | 6/28/1996 | 12/23/1996 | 178 | $3,944,120 | 97-0475 | | 5/31/2001 | 5/31/2001 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1994 | ADMI | 6/30/1997 | 12/23/1997 | 176 | $4,392,666 | 98-0507 | | 5/31/2001 | 5/31/2001 |
| 82 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1995 | ADMI | 9/30/1998 | 3/25/1999 | 176 | $4,735,144 | 99-2398 | | 5/31/2001 | 5/31/2001 |
| 83 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Cincinnati, Hamilton, OH | 6/30/1996 | ADMI | 6/30/1999 | 12/23/1999 | 176 | $3,581,478 | 00-0946 | | 5/31/2001 | 5/31/2001 |
| 84 | 360132 | Ft Hamilton-Hughes Hospital *Health Alliance of Greater Cincinnati* Hamilton, Butler, OH | 12/31/1998 | ADMI | 8/8/2001 | 10/4/2001 | 57 | $1,831,794 | 02-0003 | 5/13/2002 | | 10/4/2001 |
| 85 | 360003 | University of Cincinnati Hospital *Health Alliance of Greater Cincinnati* Hamilton, Butler, OH | 6/30/1998 | ADMI | 4/23/2001 | 5/31/2001 | 38 | $3,986,976 | | 5/13/2002 | | 5/31/2001 |
| 86 | 360132 | Ft Hamilton-Hughes Hospital Cincinnati, Hamilton, OH | 6/30/1999 | ADMI | 8/31/2001 | 10/4/2001 | 34 | $658,502 | 02-0004 | 5/13/2002 | | 10/4/2001 |
| 88 | 360003 | University of Cincinnati Hospital Cincinnati, Hamilton, OH | 6/30/2000 | ADMI | 3/31/2003 | 7/25/2003 | 116 | $2,741,593 | | 11/8/2005 | | 7/25/2003 |
| 90 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* | 12/31/1995 | ADMI | 9/17/1998 | 11/17/1998 | 61 | $737,134 | 99-0552 | | 1/19/2001 | 1/19/2001 |
| 91 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners* Youngstown, Mahoning, OH | 12/31/1996 | ADMI | 9/30/1999 | 12/6/1999 | 67 | $830,669 | 00-0602 | | 1/19/2001 | 1/19/2001 |

| # | Provider # | Provider | FYE | Type | Received | NPR | Case # | Appeal Filed | Group Added | Group Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 360161 | St. Joseph Health Center, Youngstown, Mahoning, OH | 12/31/1996 | ADMI | 9/30/1999 | 3/27/2000 | 179 | $105,496 | 00-2745 | | 1/22/2001 | 5/13/2002 | 1/22/2001 |
| 93 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners*, Warren, Trumbull, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/23/2001 | 175 | $668,059 | 01-2401 | | 1/28/2001 | 5/13/2002 | 1/28/2001 |
| 94 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners*, Warren, Trumbull, OH | 12/31/1997 | ADMI | 9/29/2000 | 10/18/2000 | 19 | $147,256 | 01-0078 | | 1/22/2001 | 5/13/2002 | 1/22/2001 |
| 95 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners*, Youngstown, Mahoning, OH | 12/31/1998 | ADMI | 9/28/2001 | 3/22/2002 | 175 | $667,219 | 02-1368 | 7/23/2002 | | 7/23/2002 |
| 96 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners*, Warren, Trumbull, OH | 12/31/1998 | ADMI | 9/14/2001 | 3/11/2002 | 178 | $361,527 | 02-1017 | 7/23/2002 | | 7/23/2002 |
| 97 | 360064 | St Elizabeth Health Center *Humility of Mary Health Partners*, Youngstown, Mahoning, OH | 12/31/1999 | ADMI | 7/13/2002 | 1/24/2003 | 177 | $337,690 | 03-0511 | 7/25/2003 | | 7/25/2003 |
| 98 | 360161 | St. Joseph Health Center *Humility of Mary Health Partners*, Warren, Trumbull, OH | 12/31/1999 | ADMI | 9/30/2002 | 3/24/2003 | 175 | $309,871 | 03-1027 | 7/25/2003 | | 7/25/2003 |
| 99 | 360051 | Miami Valley Hospital *Premier Health Partners*, Dayton, Montgomery, OH | 12/31/1992 | CMIC | 1/5/1995 | 6/28/1995 | 174 | $510,061 | 95-2183 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 100 | 360051 | Miami Valley Hospital *Premier Health Partners*, Dayton, Montgomery, OH | 12/31/1993 | ADMI | 3/6/1996 | 8/20/1996 | 167 | $892,908 | 96-2493 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 101 | 360051 | Miami Valley Hospital *Premier Health Partners*, Dayton, Montgomery, OH | 12/31/1994 | ADMI | 3/31/1997 | 9/18/1997 | 171 | $1,186,474 | 97-3095 | | 3/17/2000 | 5/13/2002 | 3/17/2000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1995 | ADMI | 4/20/1998 | 6/1/1998 | 42 | $1,166,325 | 98-2860 | 3/17/2000 | 5/13/2002 | 3/17/2000 |
| 103 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1996 | ADMI | 9/29/1999 | 3/20/2000 | 173 | $746,261 | 00-2814 | 5/13/2002 | | 3/20/2000 |
| 104 | 360052 | Good Samaritan Hospital & Health Center *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1997 | ADMI | 9/27/2000 | 3/23/2001 | 177 | $712,614 | 01-2125 | 10/16/2003 | 5/13/2002 | 10/16/2003 |
| 105 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1997 | ADMI | 9/29/2000 | 3/27/2001 | 179 | $802,512 | 01-2608 | 10/20/2003 | 5/13/2002 | 10/20/2003 |
| 106 | 360051 | Miami Valley Hospital *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1998 | ADMI | 9/30/2002 | 3/27/2003 | 178 | $631,234 | 03-1131 | 11/8/2005 | | 3/27/2003 |
| 107 | 360052 | Good Samaritan Hospital & Health Center *Premier Health Partners* Dayton, Montgomery, OH | 12/31/1999 | ADMI | 9/19/2002 | 3/17/2003 | 179 | $704,706 | 03-0727 | 11/8/2005 | | 3/17/2003 |