IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADENA REGIONAL MEDICAL CENTER<br>272 Hospital Road<br>Chillicothe, Ohio 45601 | : | |
| | : | |
| ALLIANCE COMMUNITY HOSPITAL<br>264 East Rice Street<br>Alliance, Ohio 44601 | : | Case No.: |
| | : | |
| COMMUNITY HEALTH PARTNERS EAST CAMPUS<br>205 West 20th Street<br>Lorain, Ohio 44052 | : | |
| | : | |
| COMMUNITY HEALTH PARTNERS WEST CAMPUS<br>3700 Kolbe Road<br>Lorain, Ohio 44053 | : | |
| | : | |
| CUYAHOGA FALLS GENERAL HOSPITAL<br>1900 Twenty-Third Street<br>Cuyahoga Falls, Ohio 44223-1404 | : | |
| | : | |
| EAST LIVERPOOL CITY HOSPITAL<br>425 W. Fifth Street<br>East Liverpool, Ohio 43920 | : | |
| | : | |
| FT. HAMILTON-HUGHES HOSPITAL<br>630 Eaton Avenue<br>Hamilton, Ohio 45013 | : | |
| | : | |
| GOOD SAMARITAN HOSPITAL & HEALTH CENTER<br>2222 Philadelphia Drive<br>Dayton, Ohio 45406-1891 | : | |
| | : | |
| LICKING MEMORIAL HOSPITAL<br>1320 West Main Street<br>Newark, Ohio 43055 | : | |

MARIETTA MEMORIAL          :
HOSPITAL                   :
401 Matthew Street         :
Marietta, Ohio 45750       :
                           :
MEDCENTRAL HEALTH SYSTEM   :
335 Glessner Avenue        :
Mansfield, Ohio 44903      :
                           :
MED-HEALTH SYSTEM-GREENE   :
MEMORIAL HOSPITAL          :
1141 N. Monroe Drive       :
Xenia, Ohio 45385          :
                           :
MEDICAL COLLEGE HOSPITAL   :
3065 Arlington Avenue      :
Toledo, Ohio 43614         :
                           :
METROHEALTH MEDICAL        :
CENTER                     :
2500 MetroHealth Drive     :
Cleveland, Ohio  44109     :
                           :
MIAMI VALLEY HOSPITAL      :
1 Wyoming Street           :
Dayton, Ohio 45409-2793    :
                           :
MIDDLETOWN REGIONAL        :
HOSPITAL                   :
105 McKnight Drive         :
Middletown, Ohio 45044     :
                           :
ROBINSON MEMORIAL          :
HOSPITAL                   :
6847 N. Chestnut Street    :
P.O. Box 1204              :
Ravenna, Ohio 44266        :
                           :
ST. ELIZABETH HEALTH CENTER  :
1044 Belmont Avenue        :
Youngstown, Ohio 44501-1790  :
                           :
ST. JOSEPH HEALTH CENTER   :
667 Eastland Avenue        :
Warren, Ohio 44484         :
                           :
SOUTHERN OHIO MEDICAL      :
CENTER                     :
1248 Kinneys Lane          :
Portsmouth, Ohio 45662     :

SUMMA HEALTH SYSTEM          :
400 West Market Street        :
P.O. Box 2090                 :
Akron, Ohio 44309-2090        :
                              :
TRINITY HEALTH SYSTEM         :
380 Summit Avenue             :
Steubenville, Ohio 43952      :
                              :
TRUMBALL MEMORIAL             :
HOSPITAL                      :
1350 East Market Street       :
Warren, Ohio  44482           :
                              :
UNIVERSITY OF CINCINNATI      :
HOSPITAL                      :
3200 Burnet Avenue            :
Cincinnati, Ohio 45229        :
                              :
WESTERN RESERVE CARE          :
SYSTEM                        :
3530 Belmont Avenue           :
Suite 7                       :
Youngstown, Ohio 44505        :
                              :
            Plaintiffs        :
                              :
v.                            :
                              :
MICHAEL O. LEAVITT, Secretary of :
the United States Department of  :
Health and Human Services     :
200 Independence Avenue, S.W. :
Washington, D.C. 20201        :
                              :
            Defendant.        :

---

## LOCAL RULE 26.1 CERTIFICATION

I, the undersigned counsel of record for the plaintiffs, certify that to the best of my

knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the plaintiffs

which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Murray J. Klein
DC Bar #492415
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050
(609) 951-0824 Facsimile
mklein@ReedSmith.com
Attorney for Plaintiffs

Dated:  December 16, 2005