UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant ) | Case No.: 1:05-cv-02422 (RWR) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Michael O. Leavitt
>Secretary, United States Department of
>Health and Human Services
>200 Independence Avenue, S.W.
>Washington, D.C. 20201
>SERVED:  December 28, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

          Respectfully submitted,

          _/s/ Murray J. Klein____
          Murray J. Klein
          DC Bar #492415
          REED SMITH LLP
          Princeton Forrestal Village
          136 Main Street, Suite 250
          Princeton, NJ 08540
          (609) 987-0050
          (202) 951-0824 (Facsimile)
          mklein@ReedSmith.com
          Attorney for Plaintiffs

Dated: January 4, 2006