**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Lawrence Gwoy*     ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
*Lawrence*                          12-28-05

1. Article Addressed to:

Mr. Michael O. Leavitt
U.S. Dept. of Health and
      Human Services

200 Independence Ave, S.W.

Washington, D.C. 20201

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2890 0000 6902 5376

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540