UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-02422 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant ) | |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Alberto R. Gonzales
>Attorney General of the United States
>Department of Justice
>950 Pennsylvania Ave., S.W.
>Washington, D.C. 20530
>SERVED:  December 27, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

          Respectfully submitted,


          _/s/ Murray J. Klein____
          Murray J. Klein
          DC Bar #492415
          REED SMITH LLP
          Princeton Forrestal Village
          136 Main Street, Suite 250
          Princeton, NJ 08540
          (609) 987-0050
          (202) 951-0824 (Facsimile)
          mklein@ReedSmith.com
          Attorney for Plaintiffs

Dated:  January 12, 2006