## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant )<br> | Case No.: 1:05-cv-02422 (RWR) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Kenneth L. Wainstein
>United States Attorney
>Department of Justice
>555 4th Street, N.W.
>Washington, D.C. 20530
>SERVED: December 27, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

        Respectfully submitted,

        _/s/ Murray J. Klein____
        Murray J. Klein
        DC Bar #492415
        REED SMITH LLP
        Princeton Forrestal Village
        136 Main Street, Suite 250
        Princeton, NJ 08540
        (609) 987-0050
        (202) 951-0824 (Facsimile)
        mklein@ReedSmith.com
        Attorney for Plaintiffs

Dated: January 12, 2006