UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. )<br><br>  Plaintiffs )<br><br>  v. )<br><br> MICHAEL O. LEAVITT, )<br> Secretary, United States Department of )<br> Health And Human Services )<br><br>  Defendant ) | Case No.: 1:05-cv-02422 (RWR) |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7(h) and 56.1, the Plaintiffs, in support of their Motion for Summary Judgment, hereby set forth the following Statement of Facts as to which there is no genuine issue:

1. Ohio's Hospital Care Assurance Plan ("HCAP") is a form of medical assistance which is part of the Ohio State plan approved under Title XIX of the Social Security Act. See Excerpt of Ohio State Plan, attached as Exhibit A to Plaintiff's motion.

2. The Plaintiff Hospitals participated in the HCAP program, but their fiscal intermediary did not allowed them to include HCAP days in their Medicare DSH calculations. The Hospitals filed timely administrative appeals of the Notices of Program Reimbursement ("NPR's") issued by their intermediary. See Exhibit C to the Hospitals' Complaint.

2

    3.       The Provider Reimbursement Review Board ("PRRB") granted Expedited Judicial Review for all of the hospitals and cost report years which are the subject of the Plaintiffs' complaint.  <u>See</u>  letter granting EJR, attached to Hospitals' Complaint as Exhibits A and C.

                                                              Respectfully submitted,

                                                                 /s/  Murray J. Klein
                                                              Murray J. Klein
                                                              DC Bar #492415
                                                              Jacqueline E. Bennett
                                                              DC Bar #474355
                                                              **REED SMITH LLP**
                                                              1301 K Street, N.W.
                                                              Suite 1100 – East Tower
                                                              Washington, DC  20005
                                                              (202) 414-9200
                                                             (202) 414-9299 facsimile
                                                             JBennett@ReedSmith.com

Dated:  February 1, 2006