IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ADENA REGIONAL MEDICAL CENTER, et al., )
                                        )
                Plaintiffs,             )
                                        )
           v.                           )   Civil Action No. 1:05cv02422 (RWR)
                                        )
MICHAEL O. LEAVITT,                     )
Secretary, United States Department of  )
Health And Human Services               )
                                        )
                Defendant.              )
_____)

## **ORDER**

Upon consideration of the Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that, as to the Plaintiffs' Motion for Summary Judgment, the Court finds that the material facts are not in dispute and that judgment should enter for Plaintiffs as a matter of law, and it is therefore ORDERED that the Plaintiff's Motion for Summary Judgment be and hereby is GRANTED.

Date: _____                    _____
                                   United States District Judge