**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05cv02422 (RWR) |

**NOTICE OF FILING OF CERTIFICATE OF SERVICE**

Attached hereto as Exhibit A is a Certificate of Service for Plaintiffs' Motion for Summary Judgment, supporting Memorandum, Statement of Material Facts To Which There Is No Genuine Issue, and Proposed Order.

                                                                              Respectfully Submitted,

                                                                      /s/  Murray J. Klein
                                                                   Murray J. Klein
                                                                   DC Bar #492415
                                                                   Jacqueline E. Bennett
                                                                   DC Bar #474355
                                                                   **REED SMITH LLP**
                                                                   1301 K Street, N.W.
                                                                   Suite 1100 – East Tower
                                                                   Washington, DC  20005
                                                                   (202) 414-9200
                                                                   (202) 414-9299 facsimile
                                                                   JBennett@ReedSmith.com

Dated:  February 1, 2006