IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ADENA REGIONAL MEDICAL CENTER, et al., )
                                       )
            Plaintiffs,                )
                                       )
            v.                         )   Civil Action No. 1:05cv02422 (RWR)
                                       )
MICHAEL O. LEAVITT,                    )
Secretary, United States Department of )
Health and Human Services              )
                                       )
            Defendant.                 )
_____)

### CERTIFICATE OF SERVICE

I certify that I caused a true copy of Plaintiffs' Motion for Summary Judgment, supporting Memorandum, Statement of Material Facts Not In Dispute, and Proposed Order to be served via first-class mail, postage prepaid the 1st day of February, 2006 on the following:

> Mr. Peter Robbins
> United States Department of Justice
> 20 Massachusetts Avenue, NW
> Room 7142
> Washington, DC 20530
>
> Mr. Kenneth Wainstein
> United States Attorney
> Department of Justice
> 555 4th Street, NW
> Washington, DC 20005

_____/s/  Murray J. Klein_____