UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER,  )<br>  et al.,          )<br>                )<br>  Plaintiffs,       )<br>                )<br>  v.            )<br>                )<br>MICHAEL O. LEAVITT,     )<br>Secretary, United States Department of )<br>Health and Human Services,    )<br>                )<br>  Defendant.      )  | Civ. Action No. 1:05-02422 (RWR) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

              Respectfully submitted,

              s/

              KENNETH L. WAINSTEIN, D.C. BAR # 451058
              United States Attorney

              s/

              PETER S. SMITH, D.C. BAR # 465131
              Assistant United States Attorney, Civil Division
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 307-0372

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been shipped by Federal Express, this <u>26th</u> day of February, 2006, addressed to:

Murray J. Klein
REED SMITH LLP
PRINCETON FORRESTAL VILLAGE
136 Main Street
Suite 250
Princeton, NJ 08540

      s/
_____
Peter S. Smith
Assistant United States Attorney