UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ADENA REGIONAL MEDICAL CENTER, et al.** | ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 05-2422 (RWR) ECF |
| v. | ) | |
| **MICHAEL O. LEAVITT** Secretary U.S. Department of Health and Human Services | ) ) ) ) ) | |
| Defendant. | ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372