UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, <u>et al.</u>,  )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>MICHAEL O. LEAVITT,   )<br>Secretary, United States Department of   )<br>Health and Human Services,   )<br>)<br><u>Defendant.</u>   ) | Civ. Action No. 1:05-02422 (RWR) |

## ERRATA

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby corrects the certificate of service filed with his Notice of Filing of Administrative Record. The date of service should read "February 27, 2006," not "February 26, 2006."

Respectfully submitted,

s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____ s/
_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372