IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADENA REGIONAL MEDICAL CENTER, <u>et al.</u>, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 05-2422 (RWR) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC AND FOR ENTRY OF BRIEFING SCHEDULE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves pursuant to Federal Rule of Civil Procedure 6(b), for entry of a briefing schedule in this case including an enlargement of its time to respond to Plaintiffs' Motion for Summary Judgment <u>nunc pro tunc</u> up to and including March 29, 2006. Pursuant to Local Civil Rule 7(m), agency counsel conferred with Plaintiffs' counsel in this case concerning the relief requested in this Motion. Defendant believes that this case can be resolved through dispositive motions. Accordingly, after conferring, the parties propose a briefing schedule allowing Defendant to respond to Plaintiffs' motion by March 29, 2006, Plaintiffs to reply by April 19, 2006, and Defendant to reply (if applicable) by May 10, 2006. A proposed order consistent with this motion is attached.

Plaintiffs' Complaint seeks judicial review of a decision of the Secretary of the United

States Department Health and Human Services under the Administrative Procedure Act (APA), 5 U.S.C. § 701 et seq. The United States Attorney's office was served with a copy of Plaintiffs' Complaint on December 27, 2005. Pursuant to Federal Rule of Civil Procedure 12(a)(3)(A), Defendant's Answer is due by February 27, 2006. On February 1, 2006, Plaintiffs filed a Motion for Summary Judgment. As of that date, Defendant had not answered the Complaint, nor had Defendant's counsel entered an appearance in this case. Consequently, the Office of the United States Attorney for the District of Columbia did not receive a copy of Plaintiffs' Motion for Summary Judgment until it arrived in the mail on February 13, 2006. Under the Court's Local Civil Rules, Defendant's response to Plaintiffs' motion was due by February 15, 2006.

Jurisdiction over this action arises exclusively under 42 U.S.C. § 1395oo(f)(1), see Compl. at ¶ 2, which provides for judicial review of final agency decisions on Medicare provider reimbursement disputes under the terms of the Administrative Procedure Act (APA), 5 U.S.C. § 701 et seq. Memorial Hospital/Adair County Health Ctr., Inc. v. Bowen, 829 F.2d 111, 116-17 (D.C. Cir. 1987). The APA standard of review, 5 U.S.C. § 706(2)(A) and (E), provides that agency action, findings and conclusions can be set aside, inter alia, if they are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." The focus for judicial review of an agency decision under the APA is the record that was before the agency at the time the agency made the challenged decision. Citizens to Preserve Overton Park v. Volpe, 401 U.S. 402, 412-15 (1971); Bowen, 829 F.2d at 116-17; B & G Investment Partners LP Corp. v. Thompson, D.D.C. Civil No. 03-2469 (EGS), September 29, 2005 Memorandum Opinion at 1. Overton Park, 401 U.S. at 412-15.

Plaintiffs filed their motion for summary judgment before the administrative record in

this case was filed and, in fact, before the record even was compiled by the agency. Accordingly, the Court should enter the attached briefing schedule.

                                            Respectfully submitted,

                                            /s/
                                            KENNETH L. WAINSTEIN
                                            United States Attorney
                                            D.C. Bar No. 451058

                                            /s/
                                            PETER S. SMITH
                                            Assistant United States Attorney
                                            D.C. Bar No. 465131
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0372/FAX: (202) 514-8780


                                            DAVID L. HOSKINS
                                            U.S. Department of Health and Human Services
                                            Office of the General Counsel
                                            Centers for Medicare & Medicaid Services Division
                                            330 Independence Ave., S.W., Room 5309
                                            Washington, D.C. 20201

                                            Attorneys for Defendant,
                                            Michael O. Leavitt,
                                            Secretary of Health and Human Services