IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADENA REGIONAL MEDICAL CENTER, <u>et al.</u>

    Plaintiffs,

v.

MICHAEL O. LEAVITT,
Secretary, United States Department of Health and Human Services,

    Defendant.

Civ. Action No. 1:05cv02422 (RWR)

**ORDER**

Upon consideration of Defendant's consent motion for enlargement of time nunc pro tunc and the entire record herein, it is this _____ day of February, 2006, ORDERED nunc pro tunc that Defendant's motion be, and hereby is, GRANTED and ORDERED THAT:

    _____ Defendant's response to Plaintiffs' motion for summary judgment is due by March 29, 2006;

    _____ Plaintiff's reply to Defendant's response to Plaintiff's motion for summary judgment is due by April 19, 2006;

    _____ Defendant's reply, if any, is due by May 10, 2006.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE