IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. | ) <br> ) <br> ) |
| Plaintiffs | ) <br> ) |
| v. | ) Case No.: 1:05-cv-02422 (RWR) <br> ) |
| MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant | ) <br> ) |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

The Clerk of Court will please enter the appearance of the following as counsel for the plaintiffs in this action, in addition to Murray J. Klein:

> Jacqueline E. Bennett
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1100 – East Tower
> Washington DC 20005
> (202) 414-9200

Respectfully submitted,

  /s/  Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  March 24, 2006