IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADENA REGIONAL MEDICAL CENTER, <u>et al.</u> | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civ. Action No. 05-2422 (GK) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(h) and 56.1, Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby responds to Plaintiffs' Statement of Material Facts As To Which There Is No Genuine Dispute ("SMF").

Defendant is filing a motion for summary judgment in this action on the ground that there are no material facts in dispute and that defendant is entitled to judgment as a matter of law. Defendant disagrees with certain statements in Plaintiffs' SMF because they contain legal conclusions and mischaracterizations; to the extent that the parties disagree as to the facts underlying the present action, those disputed facts are not material. There are no triable issues of fact. Nevertheless, responding specifically to the numbered paragraphs of Plaintiffs' SMF and using the same numbering, Defendant responds as follows:

1. This paragraph contains contains plaintiffs' legal conclusions and mischaracterizations of the State of Ohio's Health Care Assurance Program ("HCAP"), rather than undisputed facts.

Defendant disputes plaintiffs' assertions or suggestions that the patient days at issue in this case are attributable to patients eligible for medical assistance under a State plan approved under Title XIX of the Social Security Act.

2. Responding to the first sentence, defendant does not dispute that plaintiff hospitals participated in HCAP and does not dispute that the fiscal intermediary did not include the days at issue in this case in certain calculations concerning the Medicare DSH payment. Responding to the second sentence, defendant does not dispute that plaintiff hospitals filed administrative appeals of the Notices of Amount of Program Reimbursement.

3. This paragraph contains plaintiffs' characterizations of a letter from the Provider Reimbursement Review Board. Defendant does not dispute the existence of the letter, to which the Court is respectfully referred for a full and accurate statement of its contents. See Certified Administrative Record at 2-12.

                              Respectfully submitted,

                              /s/
                              KENNETH L. WAINSTEIN
                              United States Attorney
                              D.C. Bar No. 451058

                              /s/
                              PETER S. SMITH
                              Assistant United States Attorney
                              D.C. Bar No. 465131
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0372/FAX: (202) 514-8780

_____ DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services