IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-02422 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services ) | |
| ) | |
| Defendant ) | |

## UNOPPOSED MOTION FOR CLARIFICATION OF BRIEFING SCHEDULE

Plaintiffs, by counsel, move the Court for clarification of the briefing schedule in this matter, and in support thereof state the following:

1. On or about February 27, 2006, the Defendant filed a Consent Motion seeking entry of a briefing schedule. This motion was granted by the Court on March 24, 2006.

2. The briefing schedule entered by the Court provided as follows:

   a) the Defendant's response to Plaintiffs' Motion for Summary Judgment would be due by March 29, 2006;

   b) the Plaintiffs' reply to the Defendant's response would be due by April 19, 2006; and

   c) the Defendant's reply, "if any," would be due by May 10, 2006.

3. Although it was not specifically set out in the Defendant's proposed briefing schedule, the Defendant filed a Cross-Motion for Summary Judgment at the same time that it filed its response to Plaintiffs' Motion for Summary Judgment.

2

4. The Plaintiffs therefore ask that the remainder of the briefing schedule be clarified as follows:

a) Plaintiffs' response to Defendant's Cross-Motion for Summary Judgment, and their reply to the Defendant's response to their Motion for Summary Judgment, are due by April 19, 2006; and

b) Defendant's reply to the Plaintiffs' response to its Cross-Motion for Summary Judgment is due by May 10, 2006.

5. Counsel for Plaintiffs has spoken with counsel for the Defendant, who does not oppose the relief being sought.

WHEREFORE, the Plaintiffs ask that their Motion be granted.

Respectfully submitted,

   /s/ Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated: April 5, 2006