IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health And Human Services ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05cv02422 (RWR) |

## **ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for Clarification of the Briefing Schedule, it is hereby

ORDERED that, as to the Plaintiffs' Motion be GRANTED and it is further ordered that:

a) Plaintiffs' response to Defendant's Cross-Motion for Summary Judgment, and their reply to the Defendant's response to their Motion for Summary Judgment, are due by April 19, 2006;

b) Defendant's reply to the Plaintiff's response to its Cross-Motion for Summary Judgment is due by May 10, 2006.

Date: _____                              _____
                                                         United States District Judge