**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al.<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:05-cv-02422 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Plaintiffs, by counsel, move the Court for a two week extension of the remaining dates on the briefing schedule in this matter, and in support thereof state the following:

1. On March 24, 2006, the Court entered an order clarifying the briefing schedule in this matter. The remaining dates on that schedule are as follows:

 a) Plaintiffs' response to Defendant's Cross-Motion for Summary Judgment, and their reply to the Defendant's response to their Motion for Summary Judgment, are due by April 19, 2006; and

 b) Defendant's reply to the Plaintiffs' response to its Cross-Motion for Summary Judgment is due by May 10, 2006.

2. Due to a personal scheduling issue with Plaintiffs' counsel, which has been discussed with counsel for the Defendant, the Plaintiffs seek a two week extension of these remaining dates.

2

3. Counsel for Plaintiffs has spoken with counsel for the Defendant, who does not oppose the relief being sought.

WHEREFORE, the Plaintiffs ask that their Motion be granted and that the remaining dates of the briefing schedule be extended as follows:

a) Plaintiffs' response to Defendant's Cross-Motion for Summary Judgment, and their reply to the Defendant's response to their Motion for Summary Judgment, are due by May 3, 2006; and

b) Defendant's reply to the Plaintiffs' response to its Cross-Motion for Summary Judgment is due by May 24, 2006.

Respectfully submitted,

   /s/ Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated: April 18, 2006