IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health And Human Services ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05cv02422 (RWR) |

## **ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for Extension of Briefing Schedule, it is hereby

ORDERED that, as to the Plaintiffs' Motion be GRANTED and it is further ordered that:

a) Plaintiffs' response to Defendant's Cross-Motion for Summary Judgment, and their reply to the Defendant's response to their Motion for Summary Judgment, are due by May 3, 2006;

b) Defendant's reply to the Plaintiff's response to its Cross-Motion for Summary Judgment is due by May 24, 2006.


Date: _____                    _____
                                   United States District Judge