CCH Internet Research NetWork                                    Page 1 of 14

**CCH-EXP, MEDICAID-TN ¶15,642, TENNESSEE Medicaid State Chart**

© 2006, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**TENNESSEE Medicaid State Chart**

   State Agency: Department of Finance and Administration -Dave Goetz, Commissioner. Bureau of TennCare - J.D. Hickey, Deputy Commissioner

   Addresses: Department of Finance and Administration, Bureau of TennCare, 729 Church St., Nashville, Tennessee 37247-6501. Telephone: (615) 741-0192.

   Web address: www.state.tn.us/tenncare/.

   Fiscal Agent: Electronic Data Systems Federal Corporation handles claims for all services.

   Introduction: A July 2001, five-year agreement separated TennCare into three products: TennCare Medicaid, TennCare Standard and TennCare Assist. *TennCare Medicaid* is a continuation of the federal Medicaid program with a few minor changes in benefits. Dental services are provided through a dental benefits manager. *TennCare Standard* is similar to a commercial HMO package. Individuals eligible for TennCare Standard include: adults with incomes below 100% of the federal poverty level (FPL), children in families with incomes below 200% FPL and individuals who are determined to be "medically eligible" by a state-appointed health insurance underwriter. *TennCare Assist* is not scheduled to be implemented in 2004 or 2005.

   Source: The information in this chart was obtained from the state's Medicaid plan; the Official Compilation of the Rules and Regulations of the State of Tennessee, Chapters 1200-13-1 through 12-13-9, 1240-1-4, and 1240-3-3.

   CCH's update of this state plan summary reflects the latest plan amendments issued by the Tennessee Medicaid agency, approved by CMS, and effective 4/15/04. Also included are other changes issued through 10/24/04.

   **I. Eligibility**

   **Mandatory Coverage (Required by Federal Law):**

   [For additional information on these coverage groups, see CCH Medicare and Medicaid Guide ¶14,231.]

   1. AFDC recipients. The state's AFDC plan covers: (a) families with unemployed parents for twelve months; (b) pregnant women with no other eligible children; and (c) children age 18 who regularly are attending a secondary school or the equivalent of vocational or technical training, and who reasonably can be expected to complete the program before age 19.

   2. Deemed recipients of AFDC. The following are deemed to be AFDC recipients entitled to Medicaid: (a) individuals denied an AFDC payment solely because the payment is less than $10; (b) participants in a work supplementation program under AFDC and any child or other individual in the participant's household who would

be eligible for AFDC if there were no such program; (c) individuals whose AFDC payments are stopped to recover AFDC overpayments; (d) families for four months after losing AFDC because of child or spousal support; and (e) children for whom foster assistance agreements pursuant to §473 of the Social Security Act are in effect or for whom foster care maintenance payments are made under Title IV-E of the Social Security Act.

3. Qualified family members who would be eligible for AFDC under §407 of the Social Security Act because the principal wage earner is unemployed.

4. Families for up to 12 months after termination from AFDC because of earnings, employment hours, or loss of earned income disregards.

5. Individuals who are ineligible for AFDC because of requirements that are prohibited under Medicaid.

6. Individuals who would be eligible for AFDC except for the 20% increase in OASD (Social Security) benefits in 1972, provided that, in August of 1972, they were entitled to OASDI and also were receiving cash assistance. Included are individuals who would have been eligible for cash assistance in August of 1972 if they had not been in a medical institution or intermediate care facility.

7. Qualified pregnant women and children. Included are: (a) pregnant women who would qualify for AFDC if their children were already born; (b) pregnant women in a family that would qualify for AFDC if the state had an AFDC-unemployed parents program; (c) pregnant women who meet the income and resource requirements of the state's AFDC plan; and (d) children born after September 30, 1983, who are under 19 in families that meet AFDC income and resource requirements.

8. Pregnant women and infants under age one in families with income not exceeding 133% of the federal poverty line.

9. Children of ages one through five in families with income not exceeding 133% of the federal poverty line and children ages six through 18, who were born after September 30, 1983, in families with income not exceeding 100% of the federal poverty level.

10. Women for 60 days of postpartum care if they applied for and were eligible for and receiving Medicaid while they were pregnant. Included are pregnant women who otherwise would lose eligibility because of an increase in their families' income during the pregnancy or postpartum period. This coverage extends throughout the month in which the 60-day period ends.

11. Newborn children of Medicaid-eligible women. Eligibility continues for one year beginning with birth if the mother remains eligible (or would be eligible if pregnant) and the child stays in her household.

12. Aged, blind, or disabled SSI recipients. Included are: (a) recipients' eligible spouses; (b) persons receiving SSI benefits pending a final determination of blindness or disability or pending disposal of excess resources under an agreement with the Social Security Administration; and (c) the working blind or disabled who are covered by §1619 of the Social Security Act.

13. Qualified severely impaired blind or disabled individuals under age 65 who have lost SSI because of earnings from work.

Case 1:05-cv-02422-GK   Document 19-6   Filed 05/03/2006   Page 3 of 5

14. Blind or disabled individuals age 18 or older whose disability began before age 22 and who lost SSI by qualifying for Social Security OASDI child's benefits or for increases in such benefits. Medicaid continues for as long as these individuals would be eligible for SSI but for their OASDI payments.

15. Individuals ineligible for SSI or optional state supplements because of requirements that do not apply under Medicaid.

16. Individuals receiving mandatory state supplements.

17. Institutionalized individuals who were eligible for Medicaid in December 1973 as inpatients of Medicaid-participating medical institutions or intermediate care facilities if, for each consecutive month after December 1973, they: (a) continue to meet the state's Medicaid eligibility requirements for December 1973; (b) remain institutionalized; and (c) continue to need institutional care.

18. Blind or disabled individuals who: (a) meet all current Medicaid eligibility requirements except those for blindness or disability; (b) were eligible for Medicaid in December 1973 as blind or disabled; and (c) continue for each consecutive month after December 1973 to meet the December 1973 eligibility criteria.

19. Individuals who would be eligible for SSI or state supplementary payments except for the 20% increase in OASDI (Social Security) benefits in 1972, provided that, in August of 1972, they were entitled to OASDI and also were receiving cash assistance. This also includes individuals who would have been eligible for cash assistance in August of 1972 if they had not been in a medical institution or intermediate care facility.

20. Individuals who receive OASDI (Social Security) and who also: (a) lost their status as SSI or state supplementary payment recipients following OASDI cost-of-living increases they received under §215(i) of the Social Security Act after April 1977; and (b) still would be eligible for SSI or state supplementary payments if those increases were deducted from income.

21. Disabled widows and widowers who would be eligible for SSI but for the January 1984 increase in their Social Security disability benefits pursuant to §1634(b) of the Social Security Act.

22. Other disabled widows, widowers, and unmarried divorced spouses who are at least age 50 and have lost SSI or state supplementary payments because of Social Security OASDI payments.

23. Qualified Medicare Beneficiaries. The program pays Medicare Part A and Part B deductibles and coinsurance, Part B premiums, and voluntary Part A premiums of "Qualified Medicare Beneficiaries," defined as individuals who are entitled to Medicare Part A (including those who are enrolled through payment of the voluntary Part A premium), whose incomes do not exceed 100% of the federal poverty line and whose resources do not exceed twice the resource-eligibility standard for SSI. See details at CCH Medicare and Medicaid Guide ¶14,731.

24. Qualified Disabled Working Individuals. The program covers "Qualified Disabled Working Individuals" (disabled but employed individuals who are entitled to enroll in Medicare Part A under §1818A of the Social Security Act) by paying their Medicare Part A premiums. Their incomes must not exceed 200% of the federal poverty line, their resources must not exceed twice the SSI resource standard, and they otherwise must not be eligible for Medicaid. See details at CCH Medicare and Medicaid Guide ¶14,731.

25. Specified Low-Income Medicare Beneficiaries. The program covers "Specified Low-Income Medicare Beneficiaries" by paying their Medicare Part B premiums. These are individuals who would be Qualified Medicare Beneficiaries (see 23, above), except for their higher incomes of up to 110% of the federal poverty line in 1993 and 1994 and 120% of FPL in subsequent years. See details at CCH Medicare and Medicaid Guide ¶14,731.

**Optional Groups Covered:**

[For additional information on these coverage groups, see CCH Medicare and Medicaid Guide ¶14,251 and CCH Medicare and Medicaid Guide ¶14,271.]

1. Individuals who would be eligible for AFDC, SSI, or an optional state supplement if they were not in a medical institution.

2. Individuals who need and are Medicaid-eligible for institutional care but who receive, as an alternative, home and community-based health care services under a waiver pursuant to §1915(c) of the federal Medicaid law.

3. Individuals under age 21 who meet the income and resource requirements as categorically needy but do not qualify for AFDC. Coverage is limited to the following reasonable classifications of these individuals: (a) individuals for whom public agencies are assuming full or partial responsibility in foster homes; (b) individuals for whom public agencies are assuming full or partial responsibility in private institutions; (c) individuals placed in foster homes or private institutions by private nonprofit agencies; (d) individuals in adoptions subsidized in full or in part by a public agency; (e) individuals in NFs; (f) individuals in ICFs/MR; (g) individuals in psychiatric facilities or programs; and (h) individuals in public child-caring institutions, the Tennessee Preparatory School, and others.

4. Children under age 21 for whom there are in effect adoption assistance agreements other than under Title IV-E of the Social Security Act if the state adoption agency determines that they cannot be placed for adoption without Medicaid coverage because of their special needs for medical or rehabilitative care.

5. Individuals who are in institutions for at least 30 consecutive days and who are eligible under a special income level that is higher than the income eligibility level for a noninstitutionalized SSI or state supplement recipient.

6. Children within specified age limits and pregnant women whose income does not exceed 185% of the federal poverty line.

7. Pregnant women during a period of presumptive eligibility if they are determined eligible by a qualified provider.

8. Women screened for breast or cervical cancer under the Center for Disease Control and Prevention Breast and Cervical Cancer Early Detection Program and who need treatment for breast or cervical cancer including a pre-cancerous condition of the breast or cervix who: (a) are not covered under creditable coverage; (b) are not eligible for Medicaid under any mandatory categorically needy eligibility age group; and (c) have not attained age 65.

9. Individuals eligible under the Program of All-inclusive Care for the Elderly (PACE): PACE services are .

available to eligible individuals who: (a) are 55 years or older; (b) reside within the PACE service area; (c) are certified as eligible for nursing home care; and (d) meet other eligibility conditions imposed by the state.

10. The medically needy. Covered are: (a) pregnant women who would be eligible as categorically needy if their income and/or resources were lower; (b) up to 60 days of postpartum care for women who were eligible as medically needy while pregnant; (c) individuals under age 18 whose coverage as categorically needy would be mandatory if their income and/or resources were lower; (d) newborn children of women who are eligible as medically needy--coverage lasts up to one year without a separate application if the child lives with the woman and the woman remains eligible; (e) other financially eligible individuals under age 21 as in 3, above; (f) caretaker relatives of eligible children; (g) the aged, blind, or disabled who would be categorically needy except for income and/or resources; and (h) the blind or disabled under 1973 standards. The medically needy family may retain the following income and resources:

A. *Income* that may be retained per month is (unchanged since 7/1/99): for one person--$241; 2--$258; 3--$317; 4--$325; 5--$392; 6--$408; 7--$467; 8--$517; 9--$567; 10--$625; 11--$675; 12--$734; 13--$784; 14--$842; 15--$892; 16--$942; 17--$1,000; 18--$1,050; and 19--$1,109. $30 per month is protected for the personal needs of an institutionalized individual.

B. *Resources* that may be retained are: (a) a home and contiguous property; (b) proceeds from the sale of a home used within three months to purchase another home; (c) property essential to self-support, both business and nonbusiness; (d) the replacement value of a lost, stolen, or damaged resource for up to nine months; (e) for aged, blind, or disabled individuals, the full value of one automobile under certain conditions or up to $4,500 fair market value if not fully excluded; for families and children, one automobile not exceeding $1,500 equity value; (f) household goods and personal effects; (g) burial reserve up to $1,500 per individual; (h) entire value of irrevocable burial trust/agreement; (i) burial spaces intended for use by individual or immediate family; (j) for aged, blind, or disabled individuals, the cash surrender value of life insurance if face value is $1,500 or less; (k) cash assets up to $2,000 for an individual and $3,000 for a couple, plus $100 for each additional person; (l) some pension funds; (m) relocation assistance payments; (n) payments held in trust for certain Indian tribes; (o) payments for specified Indian tribes or Alaska natives; (p) energy assistance payments; (q) jobs training payments; (r) benefits from food stamps; (s) earmarked government payments; (t) payments under the Higher Education Act; (u) prorated money; (v) assets determined to be unavailable to the individual; and (w) assets that cannot be sold due to inability to locate a buyer.

**Relationship to Medicare:**

The state has entered into a "buy-in agreement" to pay Medicare Part B premiums for certain individuals eligible for Medicare and Medicaid and also meets federal requirements regarding payment of Part A and Part B cost-sharing charges (see CCH Medicare and Medicaid Guide ¶14,731).

**II. Scope of Medical Care Provided**

**Categorically Needy Persons and Medically Needy Persons:**

[For information regarding specific services, see CCH Medicare and Medicaid Guide ¶14,511-- CCH Medicare and Medicaid Guide ¶14,625.]

1. Inpatient hospital services. These are provided for: (a) all patients except for those in institutions for mental diseases; and (b) patients 65 or older in institutions for mental diseases or tuberculosis institutions. Services other than those provided in an institution for mental disease and those associated with approved organ transplants are