IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv02422 (GK) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Defendant's Cross-Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the Defendant's Motion for Summary Judgment be and hereby is DENIED.


Date: _____                    _____
                                    United States District Judge