UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADENA REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 05-2422 (GK) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| SECRETARY, HEALTH AND | ) | |
| HUMAN SERVICES, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: July 5, 2006            Respectfully submitted,

                                              /s/
                                              PETER S. SMITH, D.C. Bar #465131

                                              /s/
                                              MEGAN L. ROSE, NC Bar # 28639
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              Megan.Rose@usdoj.gov