UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                            )
ADENA REGIONAL MEDICAL CENTER, et al.  )
                                            )
       Plaintiffs                          )
                                            )
       v.                                  )   Case No.: 1:05-cv-02422 (RWR)
                                            )
MICHAEL O. LEAVITT,                         )
Secretary, United States Department of      )
Health And Human Services                   )
                                            )
       Defendant                           )
_____)

**PLAINTIFFS' FIRST NOTICE OF RECENT AUTHORITY**

The Plaintiff Hospitals in the above-referenced matter ("the Hospitals") respectfully bring to the Court's attention the recent decision by the Medicare Provider Reimbursement Review Board ("PRRB") in <u>Washington State Medicare DSH Group II v. BlueCross Blue Shield Association</u>, Decision number 2007-D5, November 2006, a copy of which, published by CCH on January 3, 2007, has been filed with this Notice. This recent authority is relevant to the disposition of the parties' cross motions for summary judgment which are currently pending before the Court and which are currently scheduled to be the subject of oral argument on January 16, 2007.

The Hospitals, in their motion for summary judgment, argue that the Secretary must include in his calculation of the Medicare disproportionate share hospital adjustment ("DSH") those days of service that are provided to patients under the Hospital Care Assurance Plan ("HCAP"). HCAP offers medical assistance to patients, in the form of necessary hospital services, and is part of Ohio's State Plan of Medical Assistance

approved by the Secretary of Health and Human Services under Title XIX of the Social Security Act.  The decision in the Washington State Medicare DSH Group II case involved medical assistance programs in the State of Washington known as the Medically Indigent program ("MI") and the General Assistance-Unemployable program or ("GAU").  The MI and GAU programs are similar, in all material respects, to HCAP.  In the attached decision, the PRRB ruled that the MI and GAU days must be included in the Medicare DSH calculation for the hospitals in that case.  The same result must follow here.

                                                  Respectfully submitted,

                                                     /s/  Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  January 9, 2007