UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MICHAEL A. LEAVITT, Secretary, )<br>United States Department of Health and )<br>Human Services, )<br><br>Defendant. ) | Civil Action No. 05-2422 (LFO) |

In their briefs, the Plaintiffs cite *Cookeville Regional Medical Center v. Thompson*, Civ. A. No. 04-1053 (JR), 2005 WL 3276219 (D.D.C. Oct. 28, 2005).  In light of the more recent memorandum opinion issued in case, *Cookeville Regional Medical Center v. Leavitt,* Civ. A. No. 04-1053 (JR), 2006 WL 2787831 (D.D.C. Sept. 26, 2006), it is this 10th day of January, 2007 hereby

ORDERED: that the Parties shall each file a memorandum, not to exceed five (5) pages, explaining how, if at all, this case applies to the present case.  The memoranda shall be filed no later than January 12, 2007.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE