# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5495**  **September Term, 2006**
04cv01053
Filed On: December 18, 2006

[1011451]

Cookeville Regional Medical Center, et al.,
     Appellees

     v.

Michael O. Leavitt, Secretary of the United States Department of Health and Human Services,
     Appellant

**BEFORE:**    Randolph, Garland, and Brown, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss, the opposition thereto, and the reply; and the motion to remand, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be denied. Although the district court's September 30, 2005 order "established . . . liability, [it] granted no relief, it imposed no obligations . . . , [and] it did not say, as final decisions in such cases must, who is entitled to what from whom." Franklin v. District of Columbia, 163 F.3d 625, 628-29 (D.C. Cir. 1998) (internal citation and quotation marks omitted). By contrast, the district court's October 28, 2005 order "set forth the terms" of the ordered relief and "instruct[ed]" appellant "what steps to take" in order to abide by the court's decision. Id. at 630. Accordingly, the October 28 order was the district court's final decision for purposes of this court's appellate jurisdiction under 28 U.S.C. § 1291, and appellant's December 23, 2005 notice of appeal was therefore timely. It is

**FURTHER ORDERED** that the motion to remand be granted. Because appellant's motion to alter the judgment was not filed within ten days of the October 28 final order, it is properly construed as a motion for relief under Rule 60(b). See Hoai v. Vo, 935 F.2d 308, 312 n.3 (D.C. Cir. 1991). As the district court has indicated it will grant the appellant's Rule 60(b) motion, a remand is warranted in this case. See id. at 312.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**