## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL<br>      CENTER, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL A. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2422 (LFO)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

For the reasons explained in an accompanying memorandum opinion, it is this 11th day of June, 2007 hereby

ORDERED:  that Plaintiffs' Motion For Summary Judgment [dkt # 7] is GRANTED; and it is further

ORDERED:  that Defendant's Cross-Motion for Summary Judgment [dkt # 16] is DENIED; and it is further

ORDERED:  that the Defendant's interpretation of the Medicare statute and 42 C.F.R. 412.106(b)(4) to exclude Ohio's Health Care Assurance Plan ("HCAP") patients from the calculation of the Disproportionate Hospital Share Adjustment is REVERSED; and it is further

ORDERED:  that the above-captioned matter is remanded to the Secretary of the Department of Health and Human Services.  The Secretary shall instruct the Fiscal Intermediary in Ohio:  (1) to correct each of the Plaintiff Hospitals' cost reports at issue to include HCAP days; (2) to recalculate the Disproportionate Hospital Share Adjustment accordingly; and (3) to

make the resulting payment within 90 days of receiving the required documentation from the

Hospitals; and it is further

ORDERED:  that the payments shall include an award of interest pursuant to 42 U.S.C. §

1395oo(f)(2); and it is further

ORDERED:  this Court retains jurisdiction in this matter pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE