IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | Civ. Action No. 05-2422 (GK/LFO) |

## NOTICE OF APPEAL

**Notice is hereby given** this 8th day of August, 2007 that Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the June 11, 2007 Order and Memorandum Opinion granting Plaintiffs' Motion for Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment.

Dated: August 8, 2007.                Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar No. 498610



RECEIVED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*/s/ Megan L. Rose*
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel, CMS Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant

**TO THE CLERK:** Please send copies of the Notice of Appeal to the following at the address indicated:

Attorneys for Plaintiffs:

Murray J. Klein
mklein@reedsmith.com

Jacqueline E. Bennett
Jbennett@ReedSmith.com

REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005