# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5273                                                                September Term, 2007

FILED ON: MAY 30, 2008

ADENA REGIONAL MEDICAL CENTER, ET AL.,
    APPELLEES

v.

MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
    APPELLANT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 30 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02422)

Before: SENTELLE, *Chief Judge*, and GINSBURG and BROWN,* *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/11/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ [signature]
Michael C. McGrail
Deputy Clerk

Date: May 30, 2008

Opinion for the court filed by Circuit Judge Ginsburg.
* Circuit Judge Brown concurs in the opinion of the Court except at to Part II.A.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk